# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

CKHS, INC. AND THE FOUNDATION FOR DELAWARE COUNTY,

Petitioners

v.

PROSPECT MEDICAL HOLDINGS, INC. AND PROSPECT CROZER, LLC, AND COMMONWEALTH OF PENNSYLVANIA,

Respondents

: No. 299 MAL 2023
:
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:

CKHS, INC. AND THE FOUNDATION FOR DELAWARE COUNTY,

Petitioner

v.

PROSPECT MEDICAL HOLDINGS, INC. AND PROSPECT CROZER, LLC, AND COMMONWEALTH OF PENNSYLVANIA,

Respondent

: No. 300 MAL 2023
:
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of December, 2023, the Petition for Allowance of Appeal is **GRANTED**.  The issue, rephrased for clarity, is:

Whether, in an issue of statewide importance, the Commonwealth Court erred when it disregarded this Court's express direction to apply a "highly deferential" standard of review and, substituting its judgment for that of the trial court, overturned an emergency preliminary injunction—entered on a record not yet fully developed—on the grounds that there was insufficient evidence of irreparable harm, where the harm to the local community when Appellees closed their only local hospital was stipulated in the parties' contract, proven by the testimony of record, and palpable on the face of the record?